**STERN KILCULLEN & RUFOLO, LLC**
Mark W. Rufolo, Esq.
Florham Park, New Jersey 07932
Telephone: 973-535-1900
Facsimile: 973-535-9664
mrufolo@sgklaw.com
*Attorneys for Defendant Alfred Teo, Sr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFRED TEO, SR.,<br>Defendant. | Criminal No. 2:20-690 (KSH)<br>**(Document Electronically Filed)**<br>**Oral Argument is Requested**<br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendant Alfred Teo, Sr., through his attorneys, Stern Kilcullen & Rufolo, LLC, will move before the Hon. Katharine S. Hayden, U.S.D.J., United States District Court for the District of New Jersey, at the Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order suppressing a statement compelled in violation of the Fifth Amendment and dismissing the Indictment or, in the alternative, ordering a pre-trial *Kastigar* hearing, and for such other relief as the Court may deem appropriate.

In support of this motion, Plaintiff shall rely upon the accompanying Brief and Certification of Mark W. Rufolo and the exhibits attached thereto. Oral argument is requested.

**STERN KILCULLEN & RUFOLO, LLC**
*/s/ Mark W. Rufolo*
Mark W. Rufolo, Esq.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: 973-535-1900
Facsimile: 973-535-9664
mrufolo@sgklaw.com
*Attorneys for Defendant Alfred Teo, Sr.*

Dated: September 20, 2022