UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 20-690 (KSH) |
| v. | : | Hon. Katharine S. Hayden |
| ALFRED TEO, SR. | : | **ORDER ON PRETRIAL MOTIONS** |

THIS MATTER having come before the Honorable Katharine S. Hayden for a hearing on pretrial motions on March 8, 2023; and the United States, by Philip Sellinger, United States Attorney for the District of New Jersey (Ari B. Fontecchio and Blake Coppotelli, Assistant United States Attorneys, appearing) and defendant Alfred Teo, Sr. (Mark W. Rufolo, Esq., appearing) having appeared and argued before the Court; and the Court having heard and considered the submissions and arguments of the parties; and for the reasons stated on the record, and for good cause shown;

IT IS on this 9th day of March, 2023, ORDERED:

1. Defendant's motion for an order suppressing a statement compelled in violation of the Fifth Amendment and dismissing the Indictment or, in the alternative, ordering a pre-trial *Kastigar* hearing (D.E. 40) is DENIED;

2. Defendant's motion to unseal documents (D.E. 41) is DENIED as moot; and

3. The Government's motion for an order granting reciprocal discovery under Federal Rule of Criminal Procedure 16(b)(1) is DENIED.

s/Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
United States District Judge