## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** June 12, 2024
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** JOANNE SEKELLA

**TITLE OF CASE:**  **DOCKET #20-cr-690**
UNITED STATES OF AMERICA

vs.
ALFRED TEO, SR.

**DEFT. PRESENT**

**APPEARANCES:**
Ari Fontecchio and Blake Coppotelli, AUSA for Government
Mark Rufolo and Herbert Jay Stern Esq., for Defendant
Kelly Maciel, USPO

**Nature of Proceedings**: Sentencing
Defendant present.
Probation: 21 months.

Special Conditions:
1) Financial Disclosure
2) Cooperation with IRS
3) Motor Vehicle Compliance

Special Assessment: $100 due immediately.
Interest and fine waived.
Ordered government moves to dismiss Count(s) 1-8 of the Indictment.
Defendant advised of his right to appeal.
Bail continued.

Restitution: $81,000,000. Defendant is compliant with the IRS and the balance is paid in full.

**Time Commenced:** 11:15 AM
**Time Adjourned:**  11:45 PM

<u>Christine Melillo, Courtroom Deputy</u>
to the Honorable Katharine S. Hayden, U.S.D.J.