UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>ALFRED TEO, SR.,<br>　　　　Defendant. | Criminal No. 2:20-690 (KSH)<br><br>**CONSENT ORDER REGARDING TRAVEL** |

**THIS MATTER** having been brought before the Court on the application of Defendant Alfred Teo, Sr. (Mark Rufolo, Esq., appearing) for an Order permitting him to travel for work, including to Canada and Thailand; and the United States Attorney for the District of New Jersey (by Ari B. Fontecchio, Assistant U.S. Attorney) having consented; and the Court having considered the relevant circumstances, and for good cause shown; and

WHEREFORE, Alfred Teo has been sentenced to a term of probation, as set forth in more detail in the Amended Judgment of Conviction (ECF Doc. No. 79);

WHEREFORE, the conditions of probation imposed by the Court on Alfred Teo do not include travel restrictions;

WHEREFORE, the conditions of probation imposed on Alfred Teo require him to work full time at a lawful type of employment;

WHEREFORE, Alfred Teo is employed full time by Alpha Industries Management, Inc. ("Alpha"), which owns, operates, or is otherwise affiliated with forty-six manufacturing plants located in fifteen states and three foreign countries—namely, Canada, Thailand, and Poland—and it is necessary for him to visit these manufacturing plants occasionally; and

WHEREFORE, Alfred Teo has not visited any of the three manufacturing plants located in Canada for the past four years; and has never visited the manufacturing plant located in Bangkok, Thailand; and

WHEREFORE, Alfred Teo has made tentative arrangements to travel on the following dates to visit company operations in the following countries:

    a. from July 24 through July 28, 2024, to Belleville, Ontario, Canada;

    b. from August 5 through August 9, 2024, to Edmonton, Alberta, Canada; and

    c. from September 6 through September 14, 2024, to Bangkok, Thailand.

It is on this 25th day of June, 2024, **ORDERED** that:

1. Defendant is permitted to travel to Canada and Thailand on the approximate dates set forth above.

2. Alfred Teo should be permitted to travel as needed for his employment.

                                            Hon. Katharine S. Hayden, U.S.D.J.

Consented to as to form and entry:

_s/ Ari Fontecchhio_
Ari B. Fontecchio
Assistant U.S. Attorney


_s/ Mark Rufolo_
Mark Rufolo, Esq.
Counsel for defendant